**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Barry Alwin Roach
Roach Law Firm
2917 Ryan St.
Lake Charles LA 70601

Marcus L. Myers
Todd Clemons & Associates
1740 Ryan Street
Lake Charles LA 70601

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 10, 2019

**REHEARING ACTION: April 10, 2019**

**Docket Number: 18   00571-CA**

**PHILIP CARPENTER**
**VERSUS**
**GUILLORY INVESTMENTS, INC.**

**Appealed from Calcasieu Parish Case No. 2017-1480**

**BEFORE JUDGES:**

> **Hon. Billy Howard Ezell**
> **Hon. Van H. Kyzar**
> **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Guillory Investments, Inc.** has this day been

> **DENIED.**

cc: Brian W Arabie, Counsel for the Appellee